# United States District Court

## Northern District of Illinois

Eastern Division

Senne                                                 **JUDGMENT IN A CIVIL CASE**

           v.                                          Case Number: 10 C 5434

Palatine

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that motion to dismiss is granted. Judgment is entered in favor of defendants.

                                                    Michael W. Dobbins, Clerk of Court

Date: 9/22/2010                                      _____

                                                    /s/ Olga Rouse, Deputy Clerk