# EXHIBIT A

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Jason Senne ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  10 CV 6434 |
| Village of Palatine ) | |
| ) | (If the action is pending in another district, state where: ) |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Illinois Commerce Commission, 160 N. LaSalle St., #C-800, Chicago, Illinois 60601

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 422 N. Northwest Highway, Ste. 200<br>Park Ridge, Illinois | Date and Time:<br>03/20/2013 10:00 am |
|---|---|

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Any and all documents regarding complaints against Jason Senne and Northwest Towing Co.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 03/04/2013

*CLERK OF COURT*

OR _____

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    Village of Palatine
_____, who issues or requests this subpoena, are:
Judge, James & Kujawa, LLC, 422 N. Northwest Highway, Ste. 200, Park Ridge, Illinois, 60068

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 10 CV 6434

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows: Via Certified Mail to the Illinois Commerce Commission (7012 1010 0000 0470 8900) _____

on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 25.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/04/2013

_____
*Server's signature*

JoAnne V. Koop, Legal Secretary
*Printed name and title*

Judge, James & Kujawa, LLC
422 N. Northwest Highway, Ste. 200
Park Ridge, Illinis 60068
*Server's address*

Additional information regarding attempted service, etc:

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Jason Senne ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10 CV 6434 |
| Village of Palatine ) | |
| ) | (If the action is pending in another district, state where: ) |
| *Defendant* ) | |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Northwest Recovery, 4000 Industrial Avenue, Rolling Meadows, IL 60008

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 422 N. Northwest Highway, Ste. 200<br>Park Ridge, Illinois | Date and Time:<br>03/20/2013 10:00 am |
|---|---|

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Any and all documents regarding complaints against Jason Senne and Northwest Towing Co and Jason Senne's personnel file.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 03/04/2013

*CLERK OF COURT*

OR _____

_____     _____
Signature of Clerk or Deputy Clerk                     Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Village of Palatine
_____, who issues or requests this subpoena, are:
Judge, James & Kujawa, LLC, 422 N. Northwest Highway, Ste. 200, Park Ridge, Illinois, 60068

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 10 CV 6434

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows: Via Certified Mail to the Northwest Recovery ( 7012 1010 0000 0470 8894 ) _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____25.00_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: 03/04/2013

*JoAnne V. Koop* (signature)
*Server's signature*

JoAnne V. Koop, Legal Secretary
*Printed name and title*

Judge, James & Kujawa, LLC
422 N. Northwest Highway, Ste. 200
Park Ridge, Illinois 60068

*Server's address*

Additional information regarding attempted service, etc:

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| Jason Senne | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10 CV 6434 |
| Village of Palatine | ) | |
| | ) | (If the action is pending in another district, state where: ) |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Buffalo Grove Police Department, 46 Raupp Blvd., Buffalo Grove, Illinois

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 422 N. Northwest Highway, Ste. 200<br>Park Ridge, Illinois | Date and Time:<br>03/20/2013 10:00 am |
|---|---|

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Any and all documents including Investigator's Jacket Report regarding Identity Theft Case Report #01-19755 (victim Jason Senne); and Investigator's Jacket Report regarding Identity Theft Case Report #01-7916 (victim Susan Young).

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 03/04/2013

*CLERK OF COURT*

OR _____

_____     _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Village of Palatine__
_____, who issues or requests this subpoena, are:
Judge, James & Kujawa, LLC, 422 N. Northwest Highway, Ste. 200, Park Ridge, Illinois, 60068

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 10 CV 6434

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows: Via Certified Mail to the Buffalo Grove Police Department (7012 1010 0000 0470 8887)
_____ on *(date)* 3/5/13 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 25.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/04/2013

*JoAnne V. Koop* (signature)
*Server's signature*

JoAnne V. Koop, Legal Secretary
*Printed name and title*

Judge, James & Kujawa, LLC
422 N. Northwest Highway, Ste. 200
Park Ridge, Illinois 60068

*Server's address*

Additional information regarding attempted service, etc: