# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JASON SENNE, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff | ) ) | Civil Case No. 10 CV 5434 |
| v. | ) ) | JUDGE Kennelly |
| THE VILLAGE OF PALATINE, ILLINOIS A MUNICIPAL CORPORATION, | ) ) ) ) ) | MAGISTRATE JUDGE MASON |
| Defendant | ) | |

## NOTICE OF MOTION

**TO:** Counsel of Record

**PLEASE TAKE NOTICE** that on **MARCH 14, 2013 at 9:30 a.m.,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly or any judge sitting in his stead in **Courtroom 2103** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

**Plaintiff's Motion for a Protective Order**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have filed electronically the attached motion and memorandum to certify class. All of the litigants are represented by counsel and this petition will be served on counsel of record by the Court's ECF system.

 s/Martin J. Murphy
Martin J. Murphy
Attorney for Plaintiff
1222 W Arthur
Chicago, IL 60626
312-933-3200
Fax 773-338-9913
Email mjm@law-murphy.com.com