IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JASON SENNE, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 10-cv-5434 |
| THE VILLAGE OF PALATINE, ILLINOIS, a Municipal Corporation, | ) ) ) ) | Judge Matthew Kennelly |
| Defendant. | ) ) | |
| _____ | ) | |

**UNITED STATES OF AMERICA'S ACKNOWLEDGEMENT OF
CONSTITUTIONAL CHALLENGE TO AN ACT OF CONGRESS**

On February 20, 2013, Defendant filed a notice of constitutional challenge to the Driver's Privacy Protection Act, 18 U.S.C. §§ 2721-2725. *See* Dkt. No. 73. At this time, that challenge has only been raised in Defendant's Amended Affirmative Defenses, s*ee* Dkt. No. 72, and the parties have not themselves briefed the constitutional issue. No such motion or filing addressing the constitutional question is likely until discovery in this case closes. *See* Dkt. No. 86. And Defendant's challenge to the interpretation of the Driver's Privacy Protection Act at issue currently is pending before the United States Supreme Court. *See Village of Palatine v. Senne*, No. 12-573. Thus, while the United States may intervene in any action wherein the constitutionality of an act of Congress is questioned, 28 U.S.C. § 2403, it appears to the United States that a decision on whether to intervene here would be premature at this time.

The Solicitor General decides whether to approve intervention by the United States, 28 C.F.R. § 0.21, and obtaining the Solicitor General's approval generally requires time for thorough consideration. Therefore, if Defendants challenge the Driver's Privacy Protection Act's constitutionality in this case in a dispositive motion or other filing, or should the Court

determine that it will reach the constitutional question, the United States respectfully requests that, as Federal Rule of Civil Procedure 5.1 and 28 U.S.C. § 2403 require, the United States be so notified and permitted a period of sixty days from that notice to decide whether to intervene on the constitutional issue.

Dated: April 15, 2013                    Respectfully Submitted,

STUART F. DELERY
ACTING Assistant Attorney General

ARTHUR R. GOLDBERG
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Patrick G. Nemeroff
PATRICK G. NEMEROFF (CA Bar No. 268928)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 305-8727
Fax: (202) 616-8470
E-Mail: patrick.g.nemeroff@usdoj.gov

*Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on April 15, 2013, a true and correct copy of the foregoing Acknowledgement of Constitutional Challenge to an Act of Congress was filed electronically with the Clerk of the Court for the Northern District of Illinois using the ECF system which will send notification of such filing to all counsel of record.

                <u>/s/ Patrick G. Nemeroff</u>
                PATRICK G. NEMEROFF (CA Bar No. 268928)
                Trial Attorney
                United States Department of Justice
                Civil Division, Federal Programs Branch
                20 Massachusetts Avenue, NW
                Washington, D.C. 20530
                Telephone: (202) 305-8727
                Fax: (202) 616-8470
                E-Mail: patrick.g.nemeroff@usdoj.gov